IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PEGGY SEGELBERG, | ) | |
| Plaintiff, | ) | 8:04cv573 |
| v. | ) | |
| AUTO CLUB GROUP, | ) | ORDER |
| Defendant. | ) | |

The Clerk's Office has requested that Document Number 17 be stricken from the record for the following reason:

- No Notice of Electronic Filing was produced.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 17 from the record.

DATED this 26th day of August, 2005.

BY THE COURT:

/s/ Lyle E. Strom

Lyle E. Strom, Senior Judge
United States District Court