IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
PEGGY SEGELBERG,              )
                              )
           Plaintiff,         )      8:04CV573
                              )
      v.                      )
                              )
AUTO CLUB GROUP, f/k/a        )      ORDER
CORNHUSKER MOTOR CLUB         )
INSURANCE ASSOCIATION AND     )
MOTOR CLUB SPECIAL SERVICES,  )
A non-resident corporation,   )
                              )
           Defendant.         )
_____)
```

This matter is before the Court on the stipulation for extension of time to file summary judgment motions (Filing No. 23). The Court finds said extension should be granted. Accordingly,

IT IS ORDERED that the stipulation is granted; the parties shall have until November 5, 2005, to file their motions for summary judgment.

DATED this 24th day of October, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court