IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PEGGY SEGELBERG, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV573 |
| | ) | |
| v. | ) | |
| | ) | |
| AUTO CLUB GROUP, f/k/a | ) | ORDER |
| CORNHUSKER MOTOR CLUB | ) | |
| INSURANCE ASSOCIATION AND | ) | |
| MOTOR CLUB SPECIAL SERVICES, | ) | |
| A non-resident corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   This matter is before the Court on defendant's motion to extend deadline for filing dispositive motions (Filing No. 25).  The Court finds said extension should be granted.  Accordingly,

   IT IS ORDERED that said motion is granted; defendant shall have until November 15, 2005, to file its motion for summary judgment.

   DATED this 10th day of November, 2005.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                                LYLE E. STROM, Senior Judge
                                United States District Court